Form 13-1

**FORM 13**

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by JERRY P WISKIN, SIMONS & WISKIN
(Name of attorney of record)
on behalf of KALSEC, INC. in the matter of KALSEC, INC v. UNITED STATES,
Court No. 25-00509.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
KALSEC, INC. IS A PRIVATLY OWNED CORPORATION

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

/S/ JERRY P WISKIN                                12/08/2025
Signature of Attorney                              Date
SIMON & WISKIN
Firm
98 CRAIG ROAD
Street Address
MANALAPAN, NJ 07726
City, State and Zip Code
(732) 740-8393(CELL)
Telephone Number
JPWISKIN@SIMONSWISKIN.COM
E-mail Address

**SEE REVERSE SIDE**

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)